UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIO DORELIEN,

                              Plaintiff,

                -against-

METALLIZED CARBON CORP.,

                              Defendant.

20-CV-10799 (VB)

ORDER OF SERVICE

VINCENT L. BRICCETTI, United States District Judge:

Plaintiff paid the filing fees to bring this *pro se* action under Title VII of the Civil Rights Act of 1964 ("Title VII"), 42 U.S.C. §§ 2000e to 2000e-17, the Americans with Disabilities Act of 1990 ("ADA"), 42 U.S.C. §§ 12112-12117, and the New York State Human Rights Law, N.Y. Exec. Law §§ 290 to 297.

The Clerk of Court is directed to issue a summons as to Defendant Metallized Carbon Corporation. Plaintiff is directed to serve the summons and complaint on Defendant within 90 days of the issuance of the summons. If within those 90 days, Plaintiff has not either served Defendant or requested an extension of time to do so, the Court may dismiss the claims against Defendant under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

The Clerk of Court is directed to mail a copy of this order to Plaintiff, together with an information package.

SO ORDERED.

Dated:    January 6, 2021
          White Plains, New York

_____
              VINCENT L. BRICCETTI
              United States District Judge