UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x

MARIO DORELIEN,
          Plaintiff,

v.

METALLIZED CARBON CORPORATION
and FRANK PUENTES,
          Defendants.
--------------------------------------------------------------x

**ORDER OF DISMISSAL**

20 CV 10799 (VB)

    The Court has been advised that the parties have reached a settlement of this case. (Doc. #27). Accordingly, it is hereby ORDERED that this action is dismissed without costs, and without prejudice to the right to restore the action to the Court's calendar, provided the application to restore the action is made by no later than October 4, 2021. To be clear, any application to restore the action must be filed by October 4, 2021, and any application to restore the action filed thereafter may be denied solely on the basis that it is untimely.

    All other deadlines, scheduled conferences, or other scheduled court appearances are cancelled. Any pending motions are moot.

    The Clerk is instructed to close this case.

Dated: August 19, 2021
       White Plains, NY

                        SO ORDERED:

                        _____
                        Vincent L. Briccetti
                        United States District Judge